

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-18-00167-CV

Trial Court Cause
Number:     1093378

Style:     Wayne Myers

    **v** Pennymac Corp.

Date motion filed*:     December 6, 2018

Type of motion:     Motion for extension to file a motion for rehearing

Party filing motion:

Document to be filed:     Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☐ No

If motion to extend time:

    Original due date:     11/7/18

    Number of previous extensions granted:     1

    Date Requested:     Jan. 7, 2019

Ordered that motion is:

    ☐ Granted

       If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sherry Radack
       ☒ Acting individually     ☐ Acting for the Court

December 13, 2018